EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar No. 210908
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    E-mail: erika.johnson@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>LETTERS ROGATORY FROM THE DISTRICT COURT OF FRANKFURT AM MAIN, GERMANY | CV Misc. No. 16-00137 (AJWx)<br><br>**APPLICATION FOR ORDER PERMITTING THE UNITED STATES OF AMERICA TO FILE UNDER SEAL AN APPLICATION FOR AN ORDER APPOINTING THE ASSISTANT UNITED STATES ATTORNEY AS COMMISSIONER TO EXECUTE THE LETTERS ROGATORY FROM GERMANY** |

1

The United States of America hereby applies, pursuant to Local Rule 79-5.1, for an order permitting the filing under seal of the United States of America's Application for the Assistant United States Attorney to be appointed as Commissioner to execute the Letters Rogatory from the District Court of Frankfurt am Main, Germany ("Application for Appointment of Commissioner").

The Application for Appointment of Commissioner will be submitted pursuant to 28 U.S.C. § 1782, which allows for the district court to appoint a commissioner to arrange for the obtaining of the evidence on behalf of a foreign court in accordance with the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

Attached as Exhibit 1 to the Application for Appointment of Commissioner is a complete set of the documents provided by the District Court of Frankfurt am Main, Germany. These documents relate to the underlying lawsuit in Germany and they contain sensitive and private information about parties to that lawsuit. In order to protect the privacy of the parties to the lawsuit, it is requested that the

//

//

//

//

//

United States of America be permitted to file the Application for Appointment of Commissioner under seal.

DATED: This *1st* day of *November*, 2016.

        EILEEN M. DECKER
        United States Attorney
        DOROTHY A. SCHOUTEN
        Assistant United States Attorney
        Chief, Civil Division
        ROBYN-MARIE LYON MONTELEONE
        Assistant United States Attorney
        Chief, General Civil Section

        /s/ Erika Johnson-Brooks
        ERIKA JOHNSON-BROOKS
        Assistant United States Attorney

        Attorneys for the United States of America